Robert M. Bustamante, State Bar No. 114681
Robert M. Gagliasso, State Bar No. 162082
BUSTAMANTE & GAGLIASSO, APC
2150 Trade Zone Blvd, Suite 204
San Jose, California 95131
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
rbustamante@boglawyers.com
rgagliasso@boglawyers.com

*Attorneys for Plaintiff, Alan Chen*

John J. Verber, State Bar No. 139917
Aumee Hamoy-Perera, State Bar No. 221228

BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: jverber@burnhambrown.com
       ahamoy-perera@burnhambrown.com

*Attorneys for Defendants*
*BOARD OF TRUSTEES OF THE CALIFORNIA STATE*
*UNIVERSITY, OFFICER SEAN FARRELL, OFFICER*
*JONATHON SILVA, OFFIER MUNIR EDAIS, OFFICER*
*TASSIO, OFFICER BUCKOVIC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALAN CHEN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>Defendants. | Case No.: 5:17-cv-02046-NC<br><br>**STIPULATION OF DISMISSAL FED. R. CIV P. §41(a)(1)(A); [PROPOSED] ORDER** |

1

STIPULATION OF DISMISSAL *FED. R. CIV P.* §41(a)(1)(A); [PROPOSED] ORDER                                       Case No.: 5:17-cv-02046-NC

**IT IS HEREBY STIPULATED** by and between Plaintiff, Alan Chen, and Defendants, Board of Trustees of The California State University, Officer Sean Farrell, Officer Jonathon Silva, Officer Munir Edais, Officer Jaimee Tassio, and Officer Scott Buckovic, that in response to the settlement obtained and after having met and conferred, Plaintiff's First Amended Complaint and each cause of action should be dismissed with prejudice.

Plaintiff's claims are dismissed with prejudice. All claims and parties dismissed by way of this Stipulation are in return for a waiver of fees and costs by all parties and pursuant to the terms addressed in the parties' Settlement Agreement. This Stipulation and Dismissal is brought pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

**IT IS SO STIPULATED.**

Dated: _____, 2018        BUSTAMANTE & GAGLIASSO, A Professional Law Corporation

/s/ Robert M. Bustamante
---
ROBERT M. BUSTAMANTE
ROBERT M. GAGLIASSO
Counsel for Plaintiff, ALAN CHEN

Dated: _____, 2018        BURNHAM BROWN, A Professional Law Corporation

By: /s/ John J. Verber
---
JOHN J. VERBER
AIMEE HAMOY-PERERA

Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, OFFICER SEAN FARRELL, OFFICER JONATHON SILVA, OFFIER MUNIR EDAIS, OFFICER TASSIO, OFFICER BUCKOVIC

//
//

2

STIPULATION OF DISMISSAL *FED. R. CIV P. §41(a)(1)(A)*; [~~PROPOSED~~] ORDER          Case No.: 5:17-cv-02046-NC

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED THAT the stipulation is GRANTED.

Plaintiff's First Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____April 18_____, 2018



_____
Hon. Nathanael M. Cousins

GRANTED
Judge Nathanael M. Cousins